**07 C 6903 PH**

**FILED DECEMBER 7, 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Board of Trustees of the Pipe Fitters' Retirement Fund, Local 597 et al.

**DEFENDANTS**
Total Mechanical, Inc. and Vincent Moller, an individual

**(b)** County of Residence of First Listed Plaintiff: Cook County, IL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook County, IL
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Joseph E. Mallon
Johnson & Krol, LLC, 208 South LaSalle Street, Suite 1602
Chicago, IL 60604    (312) 372-8587

Attorneys (If Known)

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE MASON**

**II. BASIS OF JURISDICTION** — [X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT** — [X] 791 Empl. Ret. Inc. Security Act

**V. ORIGIN** — [X] 1 Original Proceeding

**VI. CAUSE OF ACTION**
Action pursuant to 29 U.S.C. Sections 1132 and 185 for the collection of unpaid benefit contributions

**VII. PREVIOUS BANKRUPTCY MATTERS**

**VIII. REQUESTED IN COMPLAINT:** JURY DEMAND: [X] No

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 12/7/07
SIGNATURE OF ATTORNEY OF RECORD: /s/ J.K. Mallon