**FILED**

**DECEMBER 7, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**PH**

**07 C 6903**

In the Matter of

Case Number:

Board of Trustees of the Pipe Fitters' Retirement Fund, Local 597 et al.
v.
Total Mechanical, Inc. and Vincent Moller

**JUDGE PALLMEYER**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Board of Trustees of the Pipe Fitter's Retirement Fund, Local 597; Board of Trustees of the Pipe Fitters' Welfare Fund, Local 597; Board of Trustees of the Pipe Fitters' Training Fund, Local 597; Board of Trustees of the Chicago Area Mechanical Contracting Industry Improvement Trust; and The Pipe Fitters Association, Local 597

| | |
|---|---|
| NAME (Type or print)<br>Joseph E. Mallon | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Joseph E. Mallon | |
| FIRM<br>Johnson & Krol, LLC | |
| STREET ADDRESS<br>208 South LaSalle Street | |
| CITY/STATE/ZIP<br>208 South LaSalle Street, Suite 1602, Chicago, IL 60604 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280529 | TELEPHONE NUMBER<br>312-372-8587 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐