**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 7, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PH   07 C 6903

JUDGE PALLMEYER
MAGISTRATE JUDGE MASON

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number:

Board of Trustees of the Pipe Fitters' Retirement Fund, Local 597 et al.
v.
Total Mechanical, Inc. and Vincent Moller

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Board of Trustees of the Pipe Fitter's Retirement Fund, Local 597; Board of Trustees of the Pipe Fitters' Welfare Fund, Local 597; Board of Trustees of the Pipe Fitters' Training Fund, Local 597; Board of Trustees of the Chicago Area Mechanical Contracting Industry Improvement Trust; and The Pipe Fitters Association, Local 597

| NAME (Type or print) |
|---|
| Catherine J. Wiltenburg |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Catherine J. Wiltenburg |

| FIRM |
|---|
| Johnson & Krol, LLC |

| STREET ADDRESS |
|---|
| 208 South LaSalle Street |

| CITY/STATE/ZIP |
|---|
| 208 South LaSalle Street, Suite 1602, Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291069 | 312-372-8587 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |