IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; et.al., | ) ) ) | No. 07-C-6903 |
| Plaintiffs, | ) ) | Judge Pallmeyer |
| vs. | ) ) | Magistrate Judge Mason |
| TOTAL MECHANICAL, INC. an Illinois Corporation, and VINCENT MOLLER, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

**AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Now come the Defendants, TOTAL MECHANICAL, INC., and VINCENT MOLLER, by their attorney GEORGE E. BECKER, and move this Court to enter an order extending the period for them to answer or otherwise plead to the allegations in the complaint to January 18, 2008. The Plaintiff's attorney of record has been contacted regarding this motion and has no objection to the extension of time.

Wherefore Defendants, TOTAL MECHANICAL, INC., and VINCENT MOLLER, pray that this Court grant them until January 18, 2008 to answer or otherwise plead to the allegations in the complaint.

Respectfully submitted,

    /s/ George E. Becker
George E. Becker

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, IL 60602
(312) 236-2803