IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; et.al., | ) ) ) | No. 07-C-6903 |
| Plaintiffs, | ) ) | Judge Pallmeyer |
| vs. | ) ) | Magistrate Judge Mason |
| TOTAL MECHANICAL, INC. an Illinois Corporation, and VINCENT MOLLER, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: Joseph E. Mallon, 208 S. LaSalle St., #1602, Chicago, Illinois 60604

Notice is hereby given that on January 8, 2008, at 8:45 a.m. I will appear before the Honorable Judge Pallmeyer in Room 2119 of the United States District Court for the Northern District of Illinois, and present the attached **Agreed Motion to Extend Time to Answer or Otherwise Plead.**

## CERTIFICATE OF SERVICE

The undersigned certifies that he served a copy of the foregoing Notice and attachments on January 3, 2008 by electronically filing a copy to the above named persons.

Respectfully submitted,

    /s/ George E. Becker
George E. Becker

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803