IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; et.al., | ) ) ) | No. 07-C-6903 |
| Plaintiffs, | ) ) | Judge Pallmeyer |
| vs. | ) ) | Magistrate Judge Mason |
| TOTAL MECHANICAL, INC. an Illinois Corporation, and VINCENT MOLLER, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF FILING

TO:   Joseph E. Mallon, 208 S. LaSalle St., #1602, Chicago, Illinois 60604

Please take notice that on January 3, 2008, the undersigned has caused the original of this Notice to be filed with the Clerk of the District Court of Northern District, Illinois, along with an **Agreed Motion to Extend Time to Answer or Otherwise Plead.**

### CERTIFICATE OF SERVICE

The undersigned certifies that he served a copy of the foregoing Notice and attachments on January 3, 2008 by electronically filing a copy to the above named person(s).

Respectfully submitted,

/s/ George E. Becker
George E. Becker

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803