

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 07-C-6903 |
|---|---|
| Board of Trustees of the Pipefitters' Retirement Fund, Local 597, et.al., | |
| vs. | |
| Total Mechanical, Inc. and Vincent Moller. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TOTAL MECHANICAL, INC. and Vincent MOLLER

| | |
|---|---|
| **NAME (Type or print)** <br> GEORGE E. BECKER | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ [signature] | |
| **FIRM** <br> GEORGE E. BECKER, P.C. | |
| **STREET ADDRESS** <br> 33 N. LaSalle Street - Suite 3300 | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60602 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6180685 | **TELEPHONE NUMBER** <br> 312-236-2803 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

FILED
JAN - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT