**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT COURT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; et.al., | ) ) ) | No. 07-C-6903 |
| Plaintiffs, | ) ) | Judge Pallmeyer |
| vs. | ) ) | Magistrate Judge Mason |
| TOTAL MECHANICAL, INC. an Illinois Corporation, and VINCENT MOLLER, an individual, | ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Joseph E. Mallon, 208 S. LaSalle St., #1602, Chicago, Illinois 60604

   Please take notice that on January 18, 2008, the undersigned has caused the original of this Notice to be filed with the Clerk of the District Court of Northern District, Illinois, along with an **Answer to Complaint.**

**CERTIFICATE OF SERVICE**

   The undersigned certifies that he served a copy of the foregoing Notice and attachments on January 18, 2008 by electronically filing a copy to the above named person(s).

                                        Respectfully submitted,


                                         /s/ George E. Becker
                                        George E. Becker


GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803