IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; et al., | No. 07-C-6903 |
| vs. | Judge Pallmeyer |
| TOTAL MECHANICAL, INC. an Illinois Corporation, and VINCENT MOLLER, an individual. | Magistrate Judge Mason |

**MOTION FOR LEAVE TO FILE AMENDED ANSWER TO COMPLAINT**

Now comes Defendants, TOTAL MECHANICAL, INC., and VINCENT MOLLER, and move this Court for leave to file an amended answer to Plaintiffs' complaint, a copy of which is attached hereto.

Respectfully submitted,

　　/s/ George E. Becker　　
George E. Becker

GEORGE E. BECKER
GEORGE E. BECKER, P.C.
33 N. LaSalle Street – Suite 3300
Chicago, Illinois 60602
(312) 236-2803

1