# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6903 | **DATE** | 1/31/2008 |
| **CASE TITLE** | Board of Trustees of the Pipe Fitters' Retirement Fund, et al vs. Total Mechanical, Inc., et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for leave to file Amended Answer to complaint [22] granted. Rule 16 conference set for 2/4/2008 is stricken and reset to 3/4/2008 at 9:00.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|