IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., | ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION<br><br>NO. 07 C 6903<br><br><br>JUDGE:  PALLMEYER |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | MAGISTRATE<br>JUDGE:  MASON |
| TOTAL MECHANICAL, INC., an Illinois Corporation, and VINCENT MOLLER, an individual, | ) ) ) ) | |
| Defendants. | ) | |

**JOINT RULE 26(f) REPORT**

Now come all parties to this action, by and through their respective attorneys and submit to the Court this Rule 26(f) report.

1.    Pursuant to FED. R. CIV. P. 26(f), the parties conducted a conference through their attorneys via telephone on March 3, 2008.  Prior to the conference, counsel for the Plaintiffs met with Defendant MOLLER, after receiving oral permission from Defendant's attorney.

Based on the above referenced meetings, the parties are confident that this case is nearing a stipulated judgment.  The parties are currently in the process of determining the total contributions, alumni payments, liquidated damages and interest charges that are due and

owing to the Plaintiffs.  The parties believe that once the total is calculated, they may be able to stipulate to an agreed judgment.

The parties do not anticipate the need for a pre-trial schedule, however, if negotiations are unsuccessful, the parties propose the following schedule:

2. **Pre-trial Schedule.** The parties jointly propose to the court the following discovery plan:

    a. Discovery: The parties anticipate very limited discovery.  Plaintiffs have previously tendered Interrogatories and a Request for Production of Documents to the Defendant.  The Defendants are to answer all outstanding Discovery requests by March 11, 2008.

    b. Disclosure: Disclosures pursuant to FED. R. CIV. P. 26(a)(1) to be made by March 28, 2008. All discovery to be completed by April 30, 2008.

    c. Depositions: The parties do not expect the need for any depositions.  However, the parties reserve the right to conduct depositions if the need arises.

    d. Expert Reports: The parties do not anticipate any expert witnesses.  However, if experts are retained their reports will be due from plaintiffs by April 17, 2008, and due from defendants by April 25, 2008.

    e. Additional Parties: Parties should be allowed until April 30, 2008 to join additional parties and to amend the pleadings.

    f. Dispositive Motions: All potentially dispositive motions should be filed by May 9, 2008.

    g. Final pretrial order: The parties will submit a final pretrial order, if any, by April 30, 2008.

3. **Settlement.** The parties will continue to engage in settlement discussions.

4. **Consent.** Parties do not consent unanimously to proceed before a Magistrate Judge.

Respectfully submitted,

| | |
|---|---|
| /s/ William P. Callinan – 6292500 | /s/ George Becker |
| Attorney For Plaintiffs | Attorney for Defendants |
| Johnson & Krol, LLC | George E. Becker, P.C. |
| 208 South LaSalle, Suite 1602 | 33 North LaSalle. Suite 3300 |
| Chicago, IL 60622 | Chicago, IL 60622 |
| (312) 372-8587 | (312) 236-2803 |