IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; *et al.* | ) ) ) | CIVIL ACTION |
| Plaintiffs, | ) ) | NO. 07 C 6903 |
| | ) | JUDGE: PALLMEYER |
| vs. | ) ) | |
| | ) ) | MAGISTRATE JUDGE: MASON |
| TOTAL MECHANICAL, INC., an Illinois Corporation, and VINCENT MOLLER, an individual, | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

TO:   Attorneys of Record

PLEASE TAKE NOTICE that on **Monday March 3, 2008** I caused to be filed the attached **Joint Rule 26(f) Report** at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604.

Respectfully submitted,

BY:   /s/ William P. Callinan -6292500
One of Plaintiffs' Attorneys

**CERTIFICATE OF SERVICE**

The undersigned certifies that he served a copy of the above Notice of Filing via e-mail to all parties by operation of the Court's CM/ECF filing system or by regular U.S. Mail to anyone unable to accept electronic filing.

/s/ William P. Callinan - 6292500

Johnson & Krol, LLC
208 S. LaSalle St., Suite 1602
Chicago, IL 60604
(312) 372-8587