Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6903 | DATE | 5/8/2008 |
| CASE TITLE | Board of Trustees of the Pipe Fitters' Retirement Fund, et al vs. Total Mechanical, Inc., et al | | |

**DOCKET ENTRY TEXT**

Final Judgment is hereby entered in favor of the Plaintiffs and against Defendants Total Mechanical, Inc. ("Total") and Vincent Moller ("Moller"), jointly and severally. Judgment is entered against Defendants Total and Moller in the total amount of $190,500.00. Enter Stipulated Judgment Order. Status hearing set for 5/14/2008 stricken.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | ETV |
|---|---|---|---|