

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PIPE FITTERS' RETIREMENT FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' WELFARE FUND, LOCAL 597; BOARD OF TRUSTEES of the PIPE FITTERS' TRAINING FUND, LOCAL 597; the BOARD OF TRUSTEES of the CHICAGO AREA MECHANICAL CONTRACTING INDUSTRY IMPROVEMENT TRUST; and THE PIPE FITTERS ASSOCIATION, LOCAL 597 U.A., <br><br> Plaintiffs, <br><br> vs. <br><br> TOTAL MECHANICAL, INC., an Illinois Corporation, and VINCENT MOLLER, an individual, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 07 C 6903 <br><br> JUDGE: PALLMEYER <br><br> MAGISTRATE JUDGE: MASON |

## STIPULATED JUDGMENT ORDER

Final Judgment is hereby entered in favor of the Plaintiffs and against Defendants TOTAL MECHANICAL, INC. ("TOTAL") and VINCENT MOLLER ("MOLLER"), jointly and severally, as follows:

1. Judgment is hereby granted against Defendants TOTAL and MOLLER in the amount of $190,500.00;

2. Defendants TOTAL and MOLLER, jointly and severally, are ordered to pay to Plaintiffs all unpaid contributions, liquidated damages, and interest charges that accrued between January 1, 2002 through February 29, 2008 in the amount of $180,250.00;

3. The Defendants TOTAL and MOLLER, jointly and severally, are ordered to pay all delinquent contributions, deficiencies and wage deduction payments to Plaintiffs that may be revealed by a Trust Funds audit, in the event that an audit is conducted;

4. The Defendants TOTAL and MOLLER, jointly and severally, are ordered to pay the reasonable attorney's fees and costs incurred by the Plaintiffs pursuant to the Collective Bargaining Agreement, Trust Agreements, and 29 U.S.C. § 1132(g)(2)(D) totaling $10,250.00; and

5. The Plaintiffs have such other and further relief as the Court may deem just and equitable all at Defendants' TOTAL and MOLLER'S cost, pursuant to 29 U.S.C. § 1132(g)(2)(E).

/s/ William P. Callinan
William P. Callinan – 6292500
One of Plaintiffs' Attorneys

/s/ George E. Becker
George E. Becker - 6180685
Attorney for the Defendants

ORDERED BY:

HONORABLE JUDGE PALLMEYER

Dated: May 8, 2008

2